IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL E. SMITH, JR.,

      Appellant,

 v.

Case No.  5D23-783
LT Case No. 2015-CF-2902-B-Z

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 9, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Michael E. Smith, Jr., Mayo, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


JAY, HARRIS and BOATWRIGHT, JJ., concur.